# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                                Case No.: 1:10–cr–01004
                                                   Honorable Jeffrey Cole

Roberto Flores, Jr.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 9, 2010:

      MINUTE entry before the Honorable Jeffrey Cole: Defendant's counsel has informed the Court that Defendant will not contest detention at this time. Accordingly, Defendant waives the detention hearing without prejudice to defendant's right to move at a later time for pretrial release on conditions. Detention hearing set for 12/10/2010 is stricken. Defendant requests a preliminary examination hearing. Preliminary examination hearing set for 12/14/2010 at 10:00 a.m. Mailed notice (gmr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.