# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                                       Case No.: 1:10–cr–01004
                                                     Honorable Robert W. Gettleman

Roberto Flores, Jr.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 3, 2011:

      MINUTE entry before the Honorable Robert W. Gettleman: Status hearing date of 1/6/2011 is re–set to 2/3/2011 at 9:00 a.m. The Court deems the period of time from 1/6/2011 through 2/3/2011 excludable under 18 U.S.C. Sect. 3161(h)(7)(A) – interest of justice.stopped Mailed notice (gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.