UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | NO. 10 CR 1004 |
|---|---|
| V. | |
| ROBERTO FLORES | **FILED** |
| | JUL 14 2011 |
| | JUL 1 4 2011 |
| | MICHAEL W. DOBBINS |
| | CLERK, U. S. DISTRICT COURT |

## NOTICE OF FILING

PLEASE BE ADVISED THAT ON THE ___ DAY OF JULY, 2011, I CAUSED TO BE FILED PLEADINGS ENTITLED MOTION REQUESTING NEW COUNSEL AND OTHER RELIEF WITH THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS AT 219 S. DEARBORN ST. CHICAGO IL. 60604.

TO: A.U.S.A. JEFF PERCONTE
219 S. DEARBORN ST. 5th FL.
CHICAGO IL. 60604

*Roberto Flores*
ROBERTO FLORES PRO-SE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>ROBERTO FLORES | NO. 10 CR 1004<br><br>FILED<br>JUL 14 2011<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |

10 CR 1004

## MOTION REQUESTING SUBSTITUTION OF COUNSEL

NOW COMES THE DEFENDANT ROBERTO FLORES PRO-SE REQUEST THAT THIS COURT REMOVE CURRENT COUNSEL AND APPOINT NEW COUNSEL IN THEIR PLACE AND IN SUPPORT STATES AS FOLLOWS:

1. THE DEFENDANT ROBERTO FLORES, WAS ARRESTED AND HAS BEEN DETAINED SINCE NOVEMBER 29 2010, A PERIOD OF APPROXIMATELY 7 MONTHS.

2. THAT ON OR ABOUT NOVEMBER 30 2010, THE COURT APPOINTED CURRENT COUNSEL TO REPRESENT HIM.

3. THAT OVER THE PAST 7 MONTHS CURRENT APPOINTED COUNSEL HAS NOT DISCUSSED ANY MEANINGFUL STRATEGY OR TRULY LEARNED ALL THE RELEVANT FACTS ABOUT THE CASE THEREBY FAILING TO INVESTIGATE.

4. THAT CURRENT COUNSEL HAS FAILED TO KEEP SEVERAL PRE-ARRANGED APPOINTMENTS.

5. THE DEFENDENT EXPLAINED TO COUNSEL THAT THE CI AND THE FEDERAL AGENTS INVOLVED CONTINUED TO ENTICE HIM TO COMMIT SEVERAL NEW CRIMES WHEN ONLY A LESSOR CRIME WAS BEING COMMITTED (COMPLETELY NEW CHARGES) THE DISCOVERY MATERIAL SHOWS THAT THE DEFENDANT'S WILL WAS OVERBORNE AND THAT HE ONLY ENGAGED IN THESE CONVERSATIONS AS A SALES TACTIC TO SELL POWDER COCAINE. CURRENT COUNSEL HAD NOT REVIEWED ALL THE DISCOVERY MATERIAL THAT SUPPORTS THE ABOVE THERE HAS BEEN SEVERAL SIMILAR CASES ARGUED IN THE 7th CIRCUIT SEE UNITED STATES V. GUTIERREZ-HERRERA, 293 F.3d 373, 377 (7th CIR 2002); OKEY, 47 F.3d AT 24 n.3, CITING UNITED STATES V. JONES, 18 F.3d 949, 951 (7th CIR 1997) UNITED STATES V. HALE, 448 F.3d 971, 989 (7th CIR 2006)

6. THE DEFENDANT ASSERTS THAT THERE IS A TOTAL LACK OF COMMUNICATION THEREBY PREVENTING AN ADEQUATE DEFENCE.

THEREFORE THE DEFENDANT ROBERTO FLORES RESPECTFULLY REQUEST THAT THIS COURT, REMOVE CURRENT APPOINTED COUNSEL CANDACE R. JACKSON AND APPOINT HIM NEW COUNSEL IN HER PLACE AND ANY OTHER RELIEF THIS COURT DEEM EQUABLE AND JUST

JULY 2011

RESPECTFULLY SUBMITTED
*Roberto Flores*
ROBERTO FLORES PRO-SE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | NO. 10 CR 1004 |
|---|---|
| V. | |
| ROBERTO FLORES | |

### CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES THAT A COPY OF THIS INSTRUMENT WAS SERVED UPON THE PARTIES LISTED BY MAILING A COPY OF THE SAME FIRST CLASS MAIL, POSTAGE PREPAID.

*Roberto Flores*
ROBERTO FLORES

DATED THE ___ DAY OF JULY 2011