# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 Cr 1004   -1 | **DATE** | **7/26/2011** |
| **CASE TITLE** | U S A    vs    ROBERT FLORES | | |

**DOCKET ENTRY TEXT:**

Status hearing held.  Defendant's motion [22] for substitution of attorneys is granted.  Candace Jackson is given leave to withdraw and Gerardo Gutierrez is given leave to appear as defendant's counsel.  Status hearing continued to 8/4/2011, at 9:00 a.m.  The Court deems the period of time from 7/26/2011 through 8/4/2011 excludable under 18 U.S.C. §3161(h)(7)(A) - interest of justice.

[Docketing to mail  notice]

00:08

| | Courtroom Deputy | GDS |
|---|---|---|