# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 10 CR 1004 |
| v. | |
| ROBERTO FLORES | Judge Robert W. Gettleman |

## PROTECTIVE ORDER GOVERNING THE DISCLOSURE OF DOCUMENTS AND INFORMATION RELATED TO THE CONFIDENTIAL INFORMANT

Upon the agreed motion of the government, it is hereby ORDERED:

1. All of the documents and information provided by the United States related to the confidential informant ("the materials") are subject to this protective order and may be used by defendant and defendant's counsel solely in connection with the defense of this case, and for no other purpose, and in connection with no other proceeding, without further order of this Court.

2. Defendant and defendant's counsel shall not disclose the materials or their contents directly or indirectly to any person or entity unless specifically authorized by the Court in advance of disclosure.

3. Defendant and defendant's counsel shall not disclose the name of the confidential informant in any publicly filed document.

4. All documents and information disclosed to defendant and defendant's counsel related to the confidential informant may be used by the defendant and defendant's counsel solely in connection with the defense of the instant case.

5. Defendant and defendant's counsel shall not disclose any notes or records of any kind that they make in relation to the contents of the materials. All such notes or records are to be treated in the same manner as the original materials.

6. Upon conclusion of all stages of this case, all of the materials and all copies made thereof shall be disposed of in one of three ways, unless otherwise ordered by the Court. The materials may be (1) destroyed; (2) returned to the United States; or (3) retained in defense counsel's case file. The Court may require a certification as to the disposition of any such materials. In the event that the materials are retained by defense counsel, the restrictions of this Order continue in effect for as long as the materials are so maintained, and the materials may not be disseminated or used in connection with any other matter without further order of the Court.

7. Nothing contained in this Order shall preclude any party from applying to this Court for further relief or for modification of any provision hereof.

ENTER:

_____
ROBERT W. GETTLEMAN
District Judge
United States District Court
Northern District of Illinois

Date: October 15, 2012